IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID L. PITTS, # 215396, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:14-CV-598-WKW |
| ) | [WO] |
| CARTER F. DAVENPORT, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On June 13, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 15.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED;

(2) Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. # 1) is DENIED; and

(3) This case is DISMISSED with prejudice, because the petition was filed after expiration of the one-year limitation period in 28 U.S.C. § 2244(d).

A separate final judgment will be entered.

DONE this 11th day of July, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE